UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AMB PROPERTY, L.P.,

CIVIL NO. 01-2342 (RHK/JMM)

Plaintiff,

v.

LAW GIBB GROUP, INC. AND
LAW ENGINEERING AND ENVIRONMENTAL
SERVICES, INC.,

Defendants.

---

LAW ENGINEERING AND
ENVIRONMENTAL SERVICES, INC.,

CIVIL NO. 02-105 (RHK/JMM)

Plaintiff,

v.

AMB PROPERTY, L.P.,

Defendant.

ORDER

The above matter came on for hearing before the undersigned on March 18, 2002 upon Plaintiff ABM Property L.P.'s Motion to Consolidate [Docket No. 13]. Joan M. Quade, Esq. appeared on behalf of Plaintiff; Mary Cullen Yeager, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED MAR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), Plaintiff ABM Property L.P.'s Motion to Consolidate [Docket No. 13] is granted.

2. The matters of AMB Property, L.P. v. Law Gibb Group, Inc. and Law Engineering and Environmental Services, Inc. and Law Engineering and Environmental Services, Inc. v. AMB Property, L.P. are consolidated for all purposes. The Clerk may close Civil File No. 02-105 (RHK/JMM), and merge the contents thereof with Civil File No. 01-2342 (RHK/JMM).

3. All pleadings hereafter filed in these consolidated matters shall bear the caption AMB Property, L.P. v. Law Gibb Group, Inc. and Law Engineering and Environmental Services, Inc., File No. 01-2342 (RHK/JMM).

Dated: March 21, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The issues raised by each Complaint appear to involve basically the same transactions or occurrences, and easily meet the standards set forth in Rule 42 of the Federal Rules of Civil Procedure. This Order is without prejudice to the merits of any motions that may be brought concerning the conduct of the trial under Local Rule 39.2 or otherwise.

J.M.M.